**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **TADA VENTURES, LLC** | : | Case No. 24-32165 |
| | : | Chapter 11 |
| **DEBTOR** | : | |

**ORDER ON DEBTOR, TADA VENTURES, LLC MOTION FOR LEAVE
TO LATE FILE ITS CHAPTER 11 STATUS CONFERENCE STATEMENT**

Debtor, TADA VENTURES, LLC filed a Motion for Leave to late file its Chapter 11 Status Conference Statement. The Court, after considering the representations of the Debtor and counsel, believes the Motion should be granted. It is therefore,

ORDERED that the TADA Ventures, LLC's Motion for Leave to Late File its Chapter 11 Status Conference Statement is GRANTED.

SIGNED this ____ day of _____, 2024.

_____
EDUARDO V. RODRIGUEZ, CHIEF
UNITED STATES BANKRUPTCY JUDGE